1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES E COOK,                              No.  1:19-cv-1498-DAD-JDP

12              Plaintiff,                        **New Case No.  1:19-cv-01498-DAD-BAM**

13         v.                                     ORDER RELATING AND REASSIGNING
                                                  CASE
14    C R BARD INC. and BARD
      PERIPHERAL VASCULAR INC.,
15
                Defendant.
16

17

18         A review of the complaint in the above-captioned case reveals that is related under this

19    court's Local Rule 123(a) to the following related actions pending before the undersigned:

20    *Wallace v. C R Bard Inc.*, 1:19-cv-01225-DAD-BAM; *Todd v. C R Bard Inc.*, 1:19-cv-01226-

21    DAD-BAM; *Ross v. C R Bard Inc.*, 1:19-cv-01227-DAD-BAM; *Broocks v. C R Bard Inc.*, 1:19-

22    cv-01228-DAD-BAM; *Gibson v. C R Bard Inc.*, 1:19-cv-01233-DAD-BAM; *Martinez v. C R

23    Bard Inc.*, 1:19-cv-01234-DAD-BAM; *Denzer v. C R Bard Inc.*, 1:19-cv-01236-DAD-BAM;

24    *Reynolds v. C R Bard Inc.*, 1:19-cv-01238-DAD-BA; *Thompson v. C R Bard Inc.*, 1:19-cv-01239-

25    DAD-BAM; *Knotts v. C R Bard Inc.*, 1:19-cv-01240-DAD-BAM; *Boyer v. C R Bard Inc.*, 1:19-

26    cv-01243-DAD-BAM; *Clifford v. C R Bard Inc.*, 1:19-cv-01315-DAD-BAM, *Gonzalez v. C R

27    Bard Inc.*, 1:19-cv-01316-DAD-BAM; *Karpenko v. C R Bard Inc.*, 1:19-cv-01317-DAD-BAM;

28    and *Cronan v. C R Bard Inc.*, 2:15-cv-01418-DAD-BAM.  Accordingly, assignment of the above-

                                                  1

captioned action to the undersigned and to Magistrate Judge Barbara A. McAuliffe will promote
efficiency and economy for the court and parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same
district judge and magistrate judge, and does not consolidate the cases. The local rules of this
district authorize the judge with the lowest numbered case to order the reassignment of any higher
numbered cases to himself or herself, upon determining that this assignment is likely to effect a
savings of judicial effort. L.R. 123(c). Such good cause appearing here, **the court orders that
the above-captioned action be reassigned to the undersigned and Magistrate Judge Barbara
A. McAuliffe and that it be related to each of the fifteen (15) actions listed above**.

Accordingly, documents in the above-referenced action shall bear the new case number
above.

IT IS SO ORDERED.

Dated: __**October 28, 2019**__                  _____
                                                 UNITED STATES DISTRICT JUDGE