UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COOK,<br><br>    Plaintiff,<br><br>    v.<br><br>C R BARD INCORPORATED, et al.,<br><br>    Defendants. | Case No.  1:19-cv-01498-DAD-BAM<br><br>**ORDER REGARDING JOINT NOTICE OF SETTLEMENT**<br><br>(Doc. No. 33) |

On December 2, 2020, Plaintiff James Cook ("Plaintiff") and Defendants C. R. Bard Inc. and Bard Peripheral Vascular Inc. ("Defendants") (collectively "Parties") filed a joint notice of settlement and request for additional time to file dispositional documents. (Doc. No. 33.)  The Parties indicate that they have reached a full settlement in principle of this action and jointly seek a 90-day extension of time to file dispositional documents.  The Parties explain that additional time is needed to finalize settlement documents because the settlement involves a global settlement of hundreds of cases.  (*Id.*)

Pursuant to Local Rule 160, and good cause appearing, the Court ORDERS the parties, no later than **March 2, 2021**, to file appropriate papers to dismiss or conclude this action in its entirety. If the parties require additional time to submit dispositional documents, they may file a

1

request for an extension supported by good cause. Local Rule 160(b).  This Court VACATES all other pending dates and matters. Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160, Local Rule 272.

IT IS SO ORDERED.

Dated:   **December 3, 2020**              /s/ *Barbara A. McAuliffe*        
                                       UNITED STATES MAGISTRATE JUDGE